**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6233**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM E. MATTINGLY,

Defendant - Appellant.

---

**No. 96-6807**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM E. MATTINGLY,

Defendant - Appellant.

---

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-94-4-2, CA-95-1126-2)

---

Submitted:  October 22, 1996          Decided:  November 7, 1996

---

Before MURNAGHAN and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

No. 96-6233 affirmed and No. 96-6807 dismissed by unpublished per curiam opinion.

_____

William E. Mattingly, Appellant Pro Se. Kelly D. Ambrose, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 96-6807, Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Mattingly, Nos. CR-94-4-2; CA-95-1126-2 (S.D.W. Va. Apr. 25, 1996). In No. 96-6233, we affirm the district court's denial of Appellant's Motion to Reform or Rectify the Plea Agreement. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 96-6233 - AFFIRMED

No. 96-6807 - DISMISSED